OPINION # ___O - 934___ WAS NEVER ISSUED OR

WAS WITHDRAWN.